**ORDERED.**

**Dated: July 8, 2013**



*Eileen W. Hollowell, Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSE BLANCO and<br>RAMONA BLANCO,<br><br>    Debtors. | Chapter 7<br><br>Case No. 4:10-bk-34085-EWH |
| JOSE BLANCO and<br>RAMONA BLANCO,<br><br>    Plaintiffs,<br><br>vs.<br><br>BENEFICIAL MORTGAGE CO. OF ARIZONA,<br><br>    Defendant. | Case No. 4:11-ap-01812-EWH<br><br>**ORDER** |

For the reasons explained in the Memorandum Decision of even date, the Court is divested of jurisdiction to consider any matter addressed in its Memorandum Decision of January 9, 2013.

Dated and signed above.

| | |
|---|---|
| 1 | Notice to be sent through the Bankruptcy Noticing Center |
| 2 | to the following: |
| 3 | |
| 4 | Jose Blanco<br>Ramona Blanco<br>2233 E. Dakota St. |
| 5 | Tucson, AZ 85706 |
| 6 | |
| 7 | German Yusufov<br>Yusufov Law Firm, PLLC |
| 8 | 515 E. Broadway Blvd., Ste. 1600<br>Tucson, AZ 85711 |
| 9 | |
| 10 | Beneficial Mortgage Co. of Arizona<br>c/o the Corporation Trust Company |
| 11 | Corporation Trust Center<br>1209 Orange St. |
| 12 | Wilmington, DE 19801 |
| 13 | Joseph D. Dorsey |
| 14 | Leonard J. McDonald<br>Tiffany & Bosco |
| 15 | 2525 E. Camelback Rd., 3rd Fl.<br>Phoenix, AZ 85016 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |